In the Matter of WILLIAM J. ATHENAS, Appellant, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.

Submitted October 10, 1955; decided October 20, 1955.

*Daniel Weiss* and *Milton E. Jacobowitz* for appellant.

*Jacob K. Javits, Attorney-General* (*Daniel M. Cohen, James O. Moore, Jr.,* and *Jerome O. Glucksman* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE. J.